UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MATTHEW DANIEL HALL                                               PLAINTIFF

V.                                     CIVIL ACTION NO. 3:23-CV-3047-KHJ-MTP

COMMISSIONER OF SOCIAL SECURITY                      DEFENDANT

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment (1) affirming in part and reversing in part the Commissioner of Social Security's decision and (2) remanding this action to the Commissioner for further administrative proceedings in accordance with the Magistrate Judge's [17] Report and Recommendation. This case is closed.

SO ORDERED AND ADJUDGED, this 10th day of December, 2024.

                                                                    s/ *Kristi H. Johnson*
                                                              UNITED STATES DISTRICT JUDGE